UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BUJACZ, ADAM | § | Case No. 13-32354 |
| TATAR, AGATA DOROTA | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Clerk of the U.S. Bankruptcy Court
          219 S. Dearborn
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/25/2014 in Courtroom 240,
          United States Courthouse
          c/o Kane County Courthouse
          100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2014         By: Kenneth S. Gardner
                                                          Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BUJACZ, ADAM § Case No. 13-32354
TATAR, AGATA DOROTA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 16,000.00 |
| and approved disbursements of | $ | 2,011.51 |
| leaving a balance on hand of[1] | $ | 13,988.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000010 | PNC MORTGAGE | $ 151,952.18 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | PNC MORTGAGE | $ 91,953.31 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 13,988.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,350.00 | $ 0.00 | $ 2,350.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 146.82 | $ 0.00 | $ 146.82 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,496.82 |
| Remaining Balance | $ 11,491.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,909.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 9,396.60 | $ 0.00 | $ 1,214.52 |
| 000002 | Quantum3 Group LLC as agent for | $ 4,512.24 | $ 0.00 | $ 583.21 |
| 000003 | Nelnet on behalf of US Dept of Education | $ 12,745.20 | $ 0.00 | $ 1,647.33 |
| 000004 | Capital One Bank (USA), N.A. | $ 15,939.63 | $ 0.00 | $ 2,060.21 |
| 000005 | Sallie Mae | $ 39,775.85 | $ 0.00 | $ 5,141.06 |
| 000006 | Capital Recovery V, LLC | $ 1,080.04 | $ 0.00 | $ 139.60 |
| 000007 | Capital Recovery V, LLC | $ 1,286.63 | $ 0.00 | $ 166.30 |
| 000008 | Capital Recovery V, LLC | $ 2,134.86 | $ 0.00 | $ 275.93 |
| 000009 | Capital Recovery V, LLC | $ 2,038.80 | $ 0.00 | $ 263.51 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $  11,491.67 |
| Remaining Balance | $  0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
                              Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-32354-DRC
Adam Bujacz                                                     Chapter 7
Agata Dorota Tatar
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2          Date Rcvd: Jun 20, 2014
                              Form ID: pdf006        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2014.
```
db/jdb     +Adam Bujacz,   Agata Dorota Tatar,   35W739 Parson Road,   West Dundee, IL 60118-9295
20867543   +Advocate Good Shepherd Hospital,   450 W. IL Route 22,   Barrington, IL 60010-1999
20867544   +Advocate Lutheran General,   1775 Dempster St.,   Park Ridge, IL 60068-1143
20867546   +Blitt and Gaines, P.C.,   661 Glenn Avenue,   Wheeling, IL 60090-6017
20867557   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank SD, N.A.,   Attn: Centralized Bankruptcy,   P.O. Box 20363,
             Kansas City, MO 64195)
20867547   +Capital One - Best Buy,   Attn. Bankruptcy Dept.,   26525 N. Riverwoods Blvd.,
             Mettawa, IL 60045-3438
20867548   +Capital One Bank,   Attn: Bankruptcy Dept.,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
21427219    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
20867549   +Cepamerica Illinois LLP,   Attn. Bankruptcy Dept.,   P.O. Box 582663,   Modesto, CA 95358-0070
20867550   +Chase,   Attn. Bankruptcy Dept.,   P.O. Box 15298,   Wilmington, DE 19850-5298
20867556   #+Citibank SD, N.A.,   Attn: Bankruptcy Dept.,   7920 N.W. 110th Street,
             Kansas City, MO 64153-1270
20867559   +Comenity Bank/Harlem Furniture,   Attn: Bankruptcy,   P.O. Box 182686,   Columbus, OH 43218-2686
20867563   +DSNB Macys,   Attn. Bankruptcy Dept.,   9111 Duke Blvd.,   Mason, OH 45040-8999
20867567   +GECRB/Lord & Taylor,   Attn. Bankruptcy Dept.,   424 5th Avenue,   New York, NY 10018-2771
20867568   +GECRB/Stein Mart PLLC,   Attn. Bankruptcy Dept.,   P.O. Box 965005,   Orlando, FL 32896-5005
20867569   +Harris & Harris, Ltd,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
20867571   +Kia Motors Finance Co,   Attn. Bankruptcy Dept.,   10550 Talbert Ave.,
             Fountain Valley, CA 92708-6031
20867573   +PNC Bank, N.A.,   Attn. Bankruptcy Dept.,   P.O. Box 3180,   Pittsburgh, PA 15230-3180
21611368   +PNC MORTGAGE,   A Division of PNC Bank, NA,   3232 NEWMARK DRIVE,   MIAMISBURG OHIO 45342-5421,
             Attn: Bankruptcy
20867574   +PNC Mortgage,   Attn. Bankruptcy Dept.,   3232 Nemark Drive,   Miamisburg, OH 45342-5433
20867575   +Premier Women's Health Association,   Attn. Bankruptcy Dept.,   P.O. Box 1509,
             Elgin, IL 60121-1509
20867576    Quest Diagnostics,   Attn. Bankruptcy Dept.,   P.O. Box 7306,   Hollister, MO 65673-7306
20867578   +Sherman Health,   Attn. Bankruptcy Dept.,   1425 North Randall Road,   Elgin, IL 60123-2300
20867580   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,   Toyota Financial Services,   P.O. Box 8026,
             Cedar Rapids, IA 52408)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20867545    +E-mail/Text: ally@ebn.phinsolutions.com Jun 21 2014 00:29:35     Ally Financial,
             Attn: Bankruptcy Dept.,   P.O. Box 130424,   Roseville, MN 55113-0004
21604839     E-mail/PDF: rmscedi@recoverycorp.com Jun 21 2014 00:33:22     Capital Recovery V, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
20867562     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2014 00:33:48
             Discover Financial Services LLC,   Attn. Bankruptcy Dept.,   P.O. Box 15316,
             Wilmington, DE 19850
20867560    +E-mail/Text: electronicbkydocs@nelnet.net Jun 21 2014 00:30:31     Department of Education/NELN,
             Attn. Bankruptcy Dept.,   121 S. 13th Street,   Lincoln, NE 68508-1904
21319203     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 21 2014 00:33:48     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
20867564    +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2014 00:32:30     GECRB/Ashley Furniture,
             Attn. Bankruptcy Dept.,   950 Forrer Blvd.,   Kettering, OH 45420-1469
20867565    +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2014 00:33:48     GECRB/Ashley Homestore,
             Attn. Bankruptcy Dept.,   P.O. Box 965036,   Orlando, FL 32896-5036
20867566    +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2014 00:33:48     GECRB/JC Penney,
             Attn: Bankruptcy,   P.O. Box 103104,   Roswell, GA 30076-9104
20867572    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 21 2014 00:30:22     Midland Funding,   8875 Aero Drive,
             Unit 200,   San Diego, CA 92123-2255
21344878     E-mail/Text: electronicbkydocs@nelnet.net Jun 21 2014 00:30:31
             Nelnet on behalf of US Dept of Education,   U.S. Dept of Education,
             3015 South Parker Road Suite 400,   Aurora CO 80014-2904
21333892     E-mail/Text: bnc-quantum@quantum3group.com Jun 21 2014 00:30:13
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
21453794    +E-mail/PDF: pa_dc_claims@navient.com Jun 21 2014 00:32:45     Sallie Mae,   c/o Sallie Mae, Inc.,
             220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
20867577    +E-mail/PDF: pa_dc_claims@navient.com Jun 21 2014 00:33:32     Sallie Mae,
             Attn: Claims Department,   P.O. Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20867558*   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank U.S.A.,   Attn: Centralized Bankruptcy Dept.,
             P.O. Box 20507,   Kansas City, MO 64195)
20867551*   +Chase,   Attn. Bankruptcy Dept.,   P.O. Box 15298,   Wilmington, DE 19850-5298
20867552*   +Chase,   Attn. Bankruptcy Dept.,   P.O. Box 15298,   Wilmington, DE 19850-5298
20867553*   +Chase,   Attn. Bankruptcy Dept.,   P.O. Box 15298,   Wilmington, DE 19850-5298
20867555*   +Chase,   Attn. Bankruptcy Dept.,   P.O. Box 15298,   Wilmington, DE 19850-5298
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Jun 20, 2014
                              Form ID: pdf006            Total Noticed: 37


             ***** BYPASSED RECIPIENTS (continued) *****
20867554*    +Chase,    Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
20867561*    +Department of Education/NELN,    Attn. Bankruptcy Dept.,    121 S. 13th Street,
               Lincoln, NE 68508-1904
20867570*    +Harris & Harris, Ltd,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
20867579*    +Sherman Health,    Attn. Bankruptcy Dept.,    1425 North Randall Road,    Elgin, IL 60123-2300
                                                                                              TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2014                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2014 at the address(es) listed below:
          Joseph Voiland    jrvoiland@sbcglobal.net,    jvoiland@ecf.epiqsystems.com
          Marek  Loza    on behalf of Debtor Adam  Bujacz marekloza@lozalaw.com
          Marek  Loza    on behalf of Joint Debtor Agata Dorota Tatar marekloza@lozalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```