# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
BUJACZ, ADAM § Case No. 13-32354
TATAR, AGATA DOROTA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally Financial Attn: Bankruptcy Dept. P.O. Box 130424 Roseville, MN 55113 |  |  |  |  |  |
|  | Kia Motors Finance Co Attn. Bankruptcy Dept. 10550 Talbert Ave. Fountain Valley, CA 92708 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank, N.A. Attn. Bankruptcy Dept. P.O. Box 3180 Pittsburgh, PA 15230 | | | | | |
| | PNC Mortgage Attn. Bankruptcy Dept. 3232 Nemark Drive Miamisburg, OH 45342 | | | | | |
| | Toyota Motor Credit Toyota Financial Services P.O. Box 8026 Cedar Rapids, IA 52408 | | | | | |
| 000010 | PNC MORTGAGE | | | | | |
| 000011 | PNC MORTGAGE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| NORTH, REMAX GREAT AMERICAN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One - Best Buy Attn. Bankruptcy Dept. 26525 N. Riverwoods Blvd. Mettawa, IL 60045 | | | | | |
| | Capital One Bank Attn: Bankruptcy Dept. P.O. Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Cepamerica Illinois LLP Attn. Bankruptcy Dept. P.O. Box 582663 Modesto, CA 95358 | | | | | |
| | Chase Attn. Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Attn. Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Attn. Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Attn. Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Attn. Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Attn: Bankruptcy Dept. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank SD, N.A. Attn: Bankruptcy Dept. 7920 N.W. 110th Street Kansas City, MO 64195 | | | | | |
| | Citibank SD, N.A. Attn: Centralized Bankruptcy P.O. Box 20363 Kansas City, MO 64195 | | | | | |
| | Citibank U.S.A. Attn: Centralized Bankruptcy Dept. P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Comenity Bank/Harlem Furniture Attn: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | | | | |
| | DSNB Macys Attn. Bankruptcy Dept. 9111 Duke Blvd. Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Education/NELN Attn. Bankruptcy Dept. 121 S. 13th Street Lincoln, NE 68508 | | | | | |
| | Department of Education/NELN Attn. Bankruptcy Dept. 121 S. 13th Street Lincoln, NE 68508 | | | | | |
| | Discover Financial Services LLC Attn. Bankruptcy Dept. P.O. Box 15316 Wilmington, DE 19850 | | | | | |
| | GECRB/Ashley Furniture Attn. Bankruptcy Dept. 950 Forrer Blvd. Kettering, OH 45420 | | | | | |
| | GECRB/Ashley Homestore Attn. Bankruptcy Dept. P.O. Box 965036 Orlando, FL 32896 | | | | | |
| | GECRB/JC Penney Attn: Bankruptcy P.O. Box 103104 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/Lord & Taylor Attn. Bankruptcy Dept. 424 5th Avenue New York, NY 10018 | | | | | |
| | GECRB/Stein Mart PLLC Attn. Bankruptcy Dept. P.O. Box 965005 Orlando, FL 32896 | | | | | |
| | Harris & Harris, Ltd 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Harris & Harris, Ltd 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Midland Funding 8875 Aero Drive Unit 200 San Diego, CA 92123 | | | | | |
| | Premier Women's Health Association Attn. Bankruptcy Dept. P.O. Box 1509 Elgin, IL 60121 | | | | | |
| | Quest Diagnostics Attn. Bankruptcy Dept. P.O. Box 7306 Hollister, MO 65673-7306 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Attn: Claims Department P.O. Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Sherman Health Attn. Bankruptcy Dept. 1425 North Randall Road Elgin, IL 60123 | | | | | |
| | Sherman Health Attn. Bankruptcy Dept. 1425 North Randall Road Elgin, IL 60123 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |
| 000007 | CAPITAL RECOVERY V, LLC | | | | | |
| 000008 | CAPITAL RECOVERY V, LLC | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | NELNET ON BEHALF OF US DEPT OF EDUC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000005 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-32354 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | BUJACZ, ADAM | | | Date Filed (f) or Converted (c): | 08/14/13 (f) |
| | TATAR, AGATA DOROTA | | | 341(a) Meeting Date: | 09/09/13 |
| For Period Ending: | 05/29/14 | | | Claims Bar Date: | 03/11/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 35W739 Parson Rd., West Dundee, IL | 291,000.00 | 67,487.00 | | 16,000.00 | FA |
| 2. checking account- Chase | 395.00 | 0.00 | | 0.00 | FA |
| 3. checking acct - Chase (business) | 500.00 | 0.00 | | 0.00 | FA |
| 4. checking acct - Parkway Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. checking acct - Chase (MMA) | 9.31 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,700.00 | 0.00 | | 0.00 | FA |
| 7. Books, pictures, CD's, and DVD's | 200.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 9. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10. term insurance - Forester (100K) | 0.00 | 0.00 | | 0.00 | FA |
| 11. term insurance - Forester (50K) | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension - Teacher's retirement fund | 50,000.00 | 0.00 | | 0.00 | FA |
| 13. Stock - Landscape services | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2006 Ford F-150 | 4,800.00 | 0.00 | | 0.00 | FA |
| 15. 2012 Cadilac SRX | 34,000.00 | 0.00 | | 0.00 | FA |
| 16. 2013 Kia Forte | 15,000.00 | 0.00 | | 0.00 | FA |
| 17. tools | 1,300.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $400,054.31   $67,487.00       $16,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/14     Current Projected Date of Final Report (TFR): 06/15/14

LFORM1                                                                                          Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-32354 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | BUJACZ, ADAM | | Bank Name: | Associated Bank |
| | TATAR, AGATA DOROTA | | Account Number / CD #: | *******2097 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5688 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/16/14 | 1 | ADAM BUJACZ<br>35W739 PARSON ROAD<br>WEST DUNDEE, IL 60118 | | 1110-000 | 16,000.00 | | 16,000.00 |
| 04/23/14 | 003001 | Remax Great American North | payment of real estate broker fees per court order of 01/09/2014 | 3510-000 | | 2,000.00 | 14,000.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.51 | 13,988.49 |
| 07/25/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 2,350.00 | 11,638.49 |
| 07/25/14 | 003003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 146.82 | 11,491.67 |
| 07/25/14 | 003004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | 7100-000 | | 1,214.52 | 10,277.15 |
| 07/25/14 | 003005 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 583.21 | 9,693.94 |
| 07/25/14 | 003006 | Nelnet on behalf of US Dept of Education<br>U.S. Dept of Education<br>3015 South Parker Road Suite 400<br>Aurora CO 80014-2904 | | 7100-000 | | 1,647.33 | 8,046.61 |
| 07/25/14 | 003007 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | 7100-000 | | 2,060.21 | 5,986.40 |
| 07/25/14 | 003008 | Sallie Mae<br>c/o Sallie Mae, Inc. | | 7100-000 | | 5,141.06 | 845.34 |
| | | | Page Subtotals | | 16,000.00 | 15,154.66 | |

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-32354 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | BUJACZ, ADAM | | Bank Name: | Associated Bank |
| | TATAR, AGATA DOROTA | | Account Number / CD #: | *******2097 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5688 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/25/14 | 003009 | 220 Lasley Ave. Wilkes-Barre, PA 18706 Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | | 7100-000 | | 139.60 | 705.74 |
| 07/25/14 | 003010 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | | 7100-000 | | 166.30 | 539.44 |
| 07/25/14 | 003011 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | | 7100-000 | | 275.93 | 263.51 |
| 07/25/14 | 003012 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | | 7100-000 | | 263.51 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,000.00 | 16,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 16,000.00 | 16,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,000.00 | 16,000.00 | |

Page Subtotals     0.00     845.34

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-32354 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | BUJACZ, ADAM | | Bank Name: | Congressional Bank |
| | TATAR, AGATA DOROTA | | Account Number / CD #: | *******0820  Checking Account |
| Taxpayer ID No: | *******5688 | | | |
| For Period Ending: | 10/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2097 | 16,000.00 | 16,000.00 | 0.00 |
| Checking Account - ********0820 | 0.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,000.00 | 16,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*